UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRINIDAD ESPINOZA-LOPEZ, | ) | No. CV 12-125-CAS (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: March 8, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE